UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-08779-FWS | Date | September 25, 2026 |
| Title | Alpha Beta Gamma Trust et al v. Zielke et al | | |

PRESENT: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Rolls Royce Paschal | Not Reported |
| Courtroom Deputy | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The appeal in the above bankruptcy matter has been assigned to this Court. On August 25, 2026, the Court issued a Certificate of Readiness and set a briefing schedule in this matter. (Dkt. No.13). Appellant was ordered to file his opening brief no later than September 24, 2026. To date, and despite the expiration of designated time within which to do so, the Appellant has not filed an opening brief. Accordingly, Appellant is hereby ordered to show cause in writing, on or before **September 29, 2026**, why this appeal should not be dismissed for lack of prosecution and failure to comply with the Court's order. Failure of Appellant to make an adequate and/or timely response to this Order will result in the dismissal of the appeal.

- : -

Initials of Deputy Clerk rrp

cc: **Bankruptcy Court and BAP**